Sandra E. BESCHEINEN, Relator,

v.

INDEPENDENT SCHOOL DISTRICT
# 181 and Self–Insured/Berkley
Administrators, Respondents,

and

Independent School District # 181 and
State Fund Mutual Insurance
Company, Respondents,

and

Special Compensation Fund.

No. C2–00–1526.

Supreme Court of Minnesota.

Nov. 15, 2000.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 8, 2000, be, and the same is, affirmed without opinion. *See* Minn.R.Civ.App.P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Paul H. Anderson
Associate Justice

Mario THYER, Respondent,

v.

DALLAS STARS HOCKEY
CLUB, et al., Relators.

No. CX–00–1516.

Supreme Court of Minnesota.

Nov. 16, 2000.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 4, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
Alan C. Page
Associate Justice